**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **TYRRALL FARROW CANNON,** | ) | NO. CV 09-5711 RGK (CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| **UNITED STATES SENATE,** | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED THAT the petition is denied and dismissed.

DATED: August 14, 2009

*/s/ Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE